IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SIGNATURE FINANCIAL LLC,, | Case No. 18-cv-04676 |
| Plaintiff, | JUDGE: Hon. Gary Feinerman |
| vs. | MAGISTRATE:  Hon. David Weisman |
| YASYA SHTAYNER, SEMYON SHTAYNER, 2ND AVENUE TAXI CORP., 3 ANGELS CAB CORP., 3RD AVENUE TAXI CORP., 6TH AVENUE TAXI CORP., 7TH AVENUE TAXI CORP., 8TH AVENUE TAXI CORP., 9TH AVENUE TAXI CORP., ASHLAND AVENUE TAXI CORP., ASPIRE CAB CORP., CARROLL AVENUE TAXI CORP., EMPIRE TAXI INCORPORATED, GREY GOOSE CAB CO., HANDY CAB TAXI CORP., LEXINGTON TAXI CORP., MADISON TAXI CORP., MONSOON TAXI CORP., RIVERSIDE TAXI CORP., SAM & SONS TAXI CORP., SECOND CITY TAXI CORP., STOLI CAB CO., WEST END TAXI CORP., and YORK AVENUE TAXI CORP., | |
| Defendants. | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **January 31, 2019, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Gary Feinerman, or any judge who may be sitting in his place and stead, in Room 2125 of the U.S. District Court for the Northern District of Illinois, Eastern Division, located in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Motion of Defendants to Modify Scheduling Order to Permit Filing of Reply Brief and to Reset Time of Hearing on February 4, 2019**.

Respectfully Submitted,

By: /s/ William J. Factor
Counsel for the Defendants.

William J. Factor (6205675)
**FACTORLAW**
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel:     (312) 878-6976
Fax:    (847) 574-8233
Email: wfactor@wfactorlaw.com

## Certificate of Service

The undersigned attorney hereby certifies that on January 28, 2019, he caused a copy of the foregoing *Notice of Motion* and the accompanying *Motion* to be served upon the following persons through the Court's CM/ECF filing system.

/s/ William J. Factor

- **Hannah Arenstam**
  harenstam@vedderprice.com, bchizewski@vedderprice.com, barb-chizewski-1792@ecf.pacerpro.com, ecfdocket@vedderprice.com, 7610@ecf.pacerpro.com, hannah-arenstam-4629@ecf.pacerpro.com
- **Mitchell D. Cohen**
  mcohen@vedderprice.com,ecfdocket@vedderprice.com
- **William Jeffrey Factor**
  wfactor@wfactorlaw.com, bharlow@wfactorlaw.com, nbouchard@wfactorlaw.com, gsullivan@wfactorlaw.com
- **Michael R. Mulcahy**
  mmulcahy@vedderprice.com, kprezioso@vedderprice.com, michael-mulcahy-8408@ecf.pacerpro.com, ecfdocket@vedderprice.com, 7610@ecf.pacerpro.com
- **Fleming L. Ware**
  fware@vedderprice.com, ecfdocket@vedderprice.com